UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA STRIBLING, | No. 2:22-cv-01879 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 23, 2023, the administrative record in this case was filed. ECF No. 9. Pursuant to the Local Rules of this court, plaintiff's opening motion for summary judgment was due 45 days after the record was filed, in this case on March 9, 2023. The motion was not timely filed. Additionally, plaintiff has not filed the form indicating whether she consents or declines magistrate judge jurisdiction, which was due on January 26, 2023. ECF No. 5.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment, as well as a consent/decline form, within this timeframe will discharge this order.

DATED: March 17, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE